| | |
|---|---|
| **Subject:** | In re Title 28 U.S.C. Section 1782 subpoenas for McLarty Associates LLC and Richard Reeves Burt |
| **Date:** | Wednesday, May 6, 2020 at 4:04:35 PM Eastern Daylight Time |
| **From:** | Jack de Kluiver |
| **To:** | rburt@maglobal.com, info@maglobal.com, vmurthy@maglobal.com |
| **Attachments:** | image001.png, Doc. No. 7.pdf, Doc. No 7-1.pdf, Doc. No. 6.pdf |

To the Honorable Richard Reeves Burt:

      We represent Melanie Anne Chen and on May 1, 2020 we obtained an order pursuant to Title 28, United States Code, Section 1782 to gather evidence in support of litigation filed in the England.  See attached Order dated May 1, 2020. Doc. No. 6.  We are all experiencing the effects of the COVID-19 pandemic and related stay-place orders thus any "personal" service of discovery subpoenas is problematic. In light of the limitations on freedom of movement created by the COVID-19 orders, yesterday, we filed the attached motion and proposed order, Doc. Nos. 7 and 7.1, seeking permission to serve subpoenas on you and McLarty Associates by other means. This afternoon the Court ordered us to provide you and McLarty Associates a copy of that Motion via e-mail.

To Nelson Cunningham:

      The outgoing message on McLarty's main number indicated that communications intended for McLarty can be directed to info@maglobal.com.  In addition, we are using an e-mail address that is on file at the District of Columbia's Department of Consumer and Regulatory Affairs (DCRA) for McLarty Associates indicating you are McLarty associates registered agent, although the e-mail on file with the DCRA does match your name.

      If either of you have any questions feel free to contact me at the number below.  We too are working remotely.

Jack de Kluiver
Managing Partner



Baker de Kluiver PLLC
1101 New York Avenue, NW
Suite 1000
Washington, DC 20005

+1 202-873-4008

https://www.bakerdekluiver.com

PLEASE NOTE: This e-mail, including all attachments, may constitute property of Baker de Kluiver PLLC, and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any

dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the  e-mail immediately.