# EXHIBIT 2

Kiernan PLLC
1717 K Street, N.W.  Suite 900
Washington, D.C.  20006

June 8, 2020

**Via Electronic Mail**
([jackdekluiver@bakerdekluiver.com](mailto:jackdekluiver@bakerdekluiver.com))

A.J. "Jack" de Kluvier
Baker de Kluvier PLLC
1101 New York Avenue, N.W.
Washington, D.C.  20005

> Re:  Subpoenas Directed to Richard R. Burt and McLarty Associates LLC in *In Re Application of Melanie Anne Chen Pursuant to Title 28 United States Code Section 1782*, D.D.C. Misc. Action No. 20-MC-21(RC)

Dear Jack:

I write with respect to the above-referenced subpoenas dated June 1, 2020, and May 29, 2020, respectively, directed to my clients Ambassador Richard R. Burt and McLarty Associates LLC.

Enclosed with this letter is an affidavit from Ambassador Richard Burt, with copies of documents bearing the Bates nos. 0001-37.  As you will see from the affidavit, the documents which your subpoenas seek relate to services provided not by McLarty Associates but by Ambassador Burt through his consulting firm Burt & Associates, an entity which is separate from and unrelated to McLarty Associates. Ambassador Burt conducts his work for Burt & Associates on the McLarty premises. Although the documents were retrieved from McLarty's offices and computers, the documents belong to Burt & Associates, and are being produced by it at Ambassador Burt's direction.

Attached to the affidavit are copies of potentially responsive documents. Some of these documents have been redacted to protect information that is not responsive to the subpoenas.  Proprietary information related to Ambassador Burt's fee structure has also been redacted.  For logistical reasons, it was not possible for me to have the affidavit signed by Ambassador Burt by this morning.  I will arrange today for his signature and will forward you the signed affidavit when I receive it. You will see that the signature line now bears the legend "/s/" to represent his signature.

You will note that among the documents being produced is a non-disclosure agreement dated August 8, 2016, between Ambassador Burt and Vantage

A.J. "Jack" de Kluvier
June 8, 2020
Page 2

Intelligence.  Three documents (with attachments) are being withheld from production pursuant to the terms of the non-disclosure agreement.   Counsel for Vantage Intelligence has informed me that Vantage Intelligence takes the position that the documents are subject to the non-disclosure agreement and has requested that the terms of the non-disclosure agreement be observed.

For the record, under Rule 45 (d)(2)(B) McLarty Associates objects to the subpoena to the extent that it seeks documents which are located in its offices, but which do not belong to McLarty Associates and do not involve any business or activity of McLarty Associates. McLarty Associates further objects to the deposition of its document custodian on the ground that the subpoenaed documents are not in its custody, and accordingly, such a deposition would impose undue burden and expense on McLarty Associates.  Ambassador Burt objects to the subpoena to the extent it seeks proprietary information about his business activities and seeks documents which are subject to a non-disclosure agreement.

Please feel free to call me if you have any questions.

Sincerely,

Leslie B. Kiernan


cc:  Paul C. Rauser

# Affidavit of Richard Reeves Burt

1. My name is Richard Reeves Burt. I am over the age of 18 and fully competent to make this affidavit.

2. I serve as Managing Partner of McLarty Associates, a professional services firm located at 900 Seventeenth Street, N.W., Suite 800, Washington, D.C. 20006.  I am also the President of Burt & Associates, through which I provide consulting services separate from and unrelated to my work at McLarty Associates.  I use the offices and facilities of McLarty Associates for my work for Burt & Associates.

3. I received a subpoena dated June 1, 2020, directed to me personally, which requested material on behalf of Melanie Ann Chen, arising from the following action: *In Re Application of Melanie Anne Chen Pursuant to Title 28 United States Code Section 1782,* filed in the Federal District Court for the District of Columbia, Misc. Action No. 20-MC-21 (RC).  I am aware that McLarty Associates received a subpoena dated May 29, 2020 for the same records.

4. The material requested by the subpoenas relates to services I performed through Burt & Associates, which was separate from and unrelated to McLarty Associates.

5. I personally do not have any responsive documents.

6. I asked that the offices and servers of McLarty Associates be searched for potentially responsive documents and that those documents be provided to me because the documents belong to Burt & Associates.

7. The attached documents are copies of documents that were provided to me.  Some of the documents have been redacted by counsel in connection with this subpoena response.


Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing in true and correct.

Executed on the 8th day of June, 2020.


_____/s/_____
Richard Reeves Burt

**DECEMBER 12 – 17, 2016
AMSTERDAM, ZURICH, LUXEMBOURG**

### Monday, December 12

06:30 pm      Departure United 0946

### Tuesday,  December 13

08:05 am      Arrival Amsterdam

                     Check in
                     Hotel Crowne Plaza Amsterdam South
                     George Gershwin Street 101
                     Tel 31-20-5043666
                     Confirmation:  64981952

### Wednesday, December 14

12:15 pm      Departure KLM 1959, Terminal _
                     Business seat __

01:40 pm      Arrival Zurich
                     Check in Hotel Baur au Lac, Talstrasse 1.
                     Tel 41-44-2205020
                     Confirmation 105247428



.

### Thursday, December 15

**03:30 pm**   **Call with Gretchen and Azamat.**
Dial-in: +1 206 445 0105
Conference code: 2072359621

**05:25 pm**   Departure Swiss LX 0758
Business, seat__

**06:25 pm**   Arrival LUX

Car service - airport to dinner venue. Driver will take luggage to hotel

**07:15 pm**   **Dinner Restaurant Le Bistronome – private room.**

Check in:  Hotel Le Place d Armes
18 Place d'Armes, Luxembourg City
Confirmation **: 74990**

## Friday, December 16

08.00 am    Breakfast

## Saturday, December 17

09:00 TBC   Car service to LUX airport.
*Driver mobile:  +  ___*

11:05 am    Departure LH 0393    Business seat 4A

11:55 am    Arrival Frankfurt Terminal 1

12:50 pm    Departure LH 0418 from Terminal 1.  Business seat 8D

03:45 pm    Arrival IAD

**DECEMBER 12 – 17, 2016**
**AMSTERDAM, ZURICH, LUXEMBOURG**

<u>**Monday, December 12**</u>

06:30 pm     Departure United 0946
             Business, seat 3K

<u>**Tuesday,  December 13**</u>

08:05 am     Arrival Amsterdam

             Check in
             Hotel Crowne Plaza Amsterdam South
             George Gershwin Street 101
             Tel 31-20-5043666
             Confirmation:  64981952



<u>**Wednesday, December 14**</u>

12:15 pm     Departure KLM 1959, Terminal _
             Business seat __

01:40 pm     Arrival Zurich
             Check in Hotel Baur au Lac, Talstrasse 1.
             Tel 41-44-2205020
             Confirmation 105247428

**Thursday, December 15**

██████        ████████████████
██████        ████████████████████████

██████        ████████████████████
██████        ████████████████████████████████

██████        ██████████████████████

**03:30 pm**        **Call with Gretchen and Azamat.**
                    Dial-in: +1 206 445 0105
                    Conference code: 2072359621

05:25 pm        Departure Swiss LX 0758
                Business, seat__

06:25 pm        Arrival LUX

                Car service - airport to dinner venue. Driver will take luggage to hotel

**07:15 pm**        **Dinner Restaurant Le Bistronome – private room.**

                Check in:  Hotel Le Place d Armes
                18 Place d'Armes, Luxembourg City
                Confirmation : 74990

**Friday, December 16**

08.00 am        Breakfast

██████        ████████
██████        ████████████████████████

**Saturday, December 17**

09:00 TBC       Car service to LUX airport.
                *Driver mobile:  +*

11:05 am        Departure LH 0393

|          | Business seat 4A                           |
|----------|--------------------------------------------|
| 11:55 am | Arrival Frankfurt <u>Terminal 1</u>        |
| 12:50 pm | Departure LH 0418 from <u>Terminal 1</u><br>Business seat 8D |
| 03:45 pm | Arrival IAD                                |

**LONDON**
**AUGST 7-9, 2016**

<u>Sunday,  August 7</u>

06:30 pm      Departure  BA 216
              First, seat 3K

<div style="border:1px solid black">
Gretchen
is +447824662661


</div>

<u>Monday,  August 8</u>

06:50 am      Arrival Heathrow, Terminal 5

               Check in: Hotel Westbury, Mayfair

              Confirmation 294507341



04:00 pm      Gretchen meeting followed by dinner. Venue TBD on Monday.

<u>Tuesday, August 9</u>

Morning       Bernard O'Sullivan,
              Olswang London, 90 High Holborn



05:20 pm      Departure BA 293
              Business seat 13B

08:25 pm      Arrival IAD

**BURT & ASSOCIATES**
**SALARY & CLIENT REVENUE FOR AUGUST 2016**

I                                                                                                    9/5/2016

| CHECK # | DATE Issued | Received | DETAIL | AMOUNT | DEPOSITED |
|---|---|---|---|---|---|
| ■ | ■ | | ▅ | ■ | |
| | | | | | |
| ■ | ■ | | ▅ | ■ | |
| | ■ | | ▅ | ■ | |
| | ■ | | ▅ | ■ | |
| | ■ | | ▅ | ■ | |
| | ■ | | ▅ | ■ | |
| | ■ | | ▅ | ■ | |
| | | | ▅ | | |
| **wire** | 8/29/2016 | | Vantage-London travel reimbursemetn Invoice 1009 | $13,163.09 | |

**AMOUNT OF WIRES:**
**AMOUNT OF CHECKS:**  ▬▬▬▬
**Comments :**

**Signature:**

Copy for ■                          All documentation attached   Yes   No

0007

**BURT & ASSOCIATES**
**SALARY & CLIENT REVENUE FOR OCTOBER 2016**

I                                                                                          **11/5/2016**

| CHECK # | DATE Issued | Received | DETAIL | AMOUNT | DEPOSITED |
|---------|-------------|----------|--------|--------|-----------|
| wire | 26-Oct | | Vantage "Rompetrol Project" | ▮ | |
| ▮ | ▮ | | ▮ | ▮ | |
| ▮ | ▮ | | ▮ | ▮ | |
| ▮ | ▮ | | ▮ | ▮ | |
| | | | | | |
| ▮ | ▮ | | ▮ | ▮ | |
| ▮ | ▮ | | ▮ | ▮ | |
| ▮ | ▮ | | ▮ | ▮ | |
| ▮ | ▮ | | ▮ | ▮ | |
| | | | | | |

**AMOUNT OF WIRES:**                                                          ▮

**AMOUNT OF CHECKS:** ▮

**Comments :**


**Signature:**

Copy for ▮                                        All documentation attached   Yes    No

## BUDAPEST – LONDON – BAKU   UPDATE

**Thursday, November 10**

07:15 am  Departure BA 0865 from Terminal 2B,  Business seat 2C

09:15 am  Arrival Heathrow, Terminal 3





**Friday, November 11**

10:00 am  **Gretchen meeting at Olswang, located at 90 High Holborn**.



| Gretchen mobile |
| --- |
| +447824662661 |

**Saturday, November 12**

**Sunday, November 13**



**Monday, November 14**

07:55 am  Departure Turkish Air 1988, Terminal 2
      Business, seat 3B

| 02:45 pm | Arrival Istanbul, Int. Terminal |
| 04:05 pm | Departure Turkish Air 0334,  Int, Terminal<br>Business, seat 3B |
| 08:00 pm | Arrival Baku |



Check in Four Seasons Hotel, Neftchilar Avenue 77/79, Baku
Tel +994 12 404 24 24
Confirmation 64582SB006192

**Tuesday,  November 15**

**Wednesday, November 16**

| 07:50 am | Departure Turkish Airline 0337, Terminal 1<br>Business– seat 3B |
| 10:05 am | Arrival Istanbul, International Terminal |
| 03:05 pm | Departure Turkish Airline 0007, Terminal _<br>Business seat 4B |
| 07:05 pm | Arrival IAD |

**OCTOBER 31 - NOVEMBER 8, 2016**

**ASTANA**

**Monday, October 31**

06:45 pm        Departure KLM 0652
                Business, seat 3B

██████████

Azamat Zhangulov mobile
+77019996408

**Tuesday, November 1**

07:10 am        Arrival Amsterdam, Terminal ___

                Check in YOTEL Hotel. It is located inside the secure transit area behind
                passport control.  Directions for arriving from an inbound flight:
                - Follow the signs to Lounge 2 (D-gates)
                - At the JOHNNIE WALKER House, take the escalator up to the 1st floor
                and YOTEL is on your left hand side opposite the M&M Store.

                *Confirmation:  133710 (premium room is paid in full)*

02:40 pm        Departure KLM 0407, Terminal __
                Business seat 2B

**Wednesday, November 2**

01:20 am        Arrival Astana

                *Claire arranging transport to hotel. Look out for driver with name sign.*

                Check in:
                Radisson Astana Hotel, Sary Arka street, 4
                Tel +77 172 670-777



**Thursday, November 3**

**Friday November 4**

███████████

| | |
|---|---|
| 04:05 pm | Departure Air Astana 0921 for Frankfurt |
| | Business seat 2C |
| 05:40 pm | Arrival Frankfurt <u>Terminal 2</u> |
| 09:15 pm | Departure LH 1422 from <u>Terminal 1</u> |
| | Business seat 2D |

## BUCHAREST / BUDAPEST

**Saturday, November 5**

| | |
|---|---|
| 12:30 am | Arrival Bucharest.   Take cab to hotel. |

Check in Hotel Radisson Blu
Calea Victorei 63-81
Tel 40 21 311 9000
Confirmation:  M60NJJD

**Sunday, November 6**



**Monday, November 7**



**Tuesday, November 8**

07:55 am      Departure Tarom RO 0231
08:45 am      Arrival Budapest

                    Check in: Four Seasons Hotel
                    Tel 36 1 2686000
                    Confirmation#  64602SB004652

**Wednesday, November 9**

**Thursday, November 10**

07:25 am      Departure BA 0865 from Terminal 2B
                    Business seat 2C

09:15 am      Arrival Heathrow, Terminal 3

**Friday, November 11**

**10:00 am**     **Gretchen meeting**
Olswang, located at 90 High Holborn.



**Saturday, November 12 & Sunday, November 13**
London

*Detailed Baku update will be sent next week.*

**Monday, November 14**

07:55 am     Departure Turkish Air 1988

02:45 pm     Arrival Istanbul

04:05 pm     Departure Turkish Air 0334

08:00 pm     Arrival Baku,          Four Seasons Hotel

**Tuesday,  November 15**



**Wednesday, November 16**

07:50 am     Departure Turkish Airline 0337, Terminal 1

10:05 am     Arrival Istanbul, International Terminal

03:05 pm     Departure Turkish Airline 0007, Terminal _

07:05 pm     Arrival IAD

## BUCHAREST / BUDAPEST

**Saturday, November 5**

12:30 am      Arrival Bucharest.   Take cab to hotel.

Check in Hotel Radisson Blu
Calea Victorei 63-81
Tel 40 21 311 9000
Confirmation:  M60NJJD



**Sunday, November 6**

**Monday, November 7**



**Wednesday, November 9**

**Thursday, November 10**

07:15 am      Departure BA 0865 from Terminal 2B
              Business seat 2C

09:15 am      Arrival Heathrow, Terminal 3

**Friday, November 11**

**10:00 am**      **Gretchen meeting**
Olswang, located at 90 High Holborn.



**Saturday, November 12 & Sunday, November 13**
London

**Monday, November 14**

 07:55 am      Departure Turkish Air 1988

02:45 pm      Arrival Istanbul

04:05 pm      Departure Turkish Air 0334

08:00 pm      Arrival Baku,  Four Seasons Hotel

**Tuesday,  November 15**



**Wednesday, November 16**

07:50 am      Departure Turkish Airline 0337

10:05 am      Arrival Istanbul

03:05 pm      Departure Turkish Airline 0007

07:05 pm      Arrival IAD

4



**From:** Richard Burt
**Sent:** Wednesday, August 10, 2016 4:42 PM
**To:** 'Gretchen King' <gk@vantageintel.com>
**Subject:** Expense report for London meetings

Gretchen,

Attached is my expense report for my trip to London earlier this week. Will you be able to forward to the right person? If you have any questions or suggested changes please let me know.

Cheers

Rick


Ambassador Richard Burt,
Burt & Associaes
900 17th Street, NW | Suite 800 | Washington, DC 20006
+1 202 419 1420 | M +1 202 247 7763

0020

# BURT & ASSOCIATES
900 17TH Street N.W.
Suite 800
Washington, D.C. 20006

## INVOICE

| Date | Invoice No. |
|------|-------------|
| 08/10/2016 | 1009 |

| BILL TO |
|---------|
| Attn: Gretchen King |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| **Richard Burt participation in meetings in London, August 8 -9, 2016** | |
| Business class airfare | $ 12038.16 |
| Hotel Westbury | $ 988.25 |
| Car service – Heathrow – hotel and return. | $ 136.68 |
| | **TOTAL   USD    $ 13,163.09** |

**Please remit payment to:**
Richard Burt / Burt & Associates
900 17th Street, N.W. -  Suite 800
Washington, D.C. 20006



**THE TZELL TRAVEL GROUP**
**Phone: 212-944-2121**
**NPAUL@TZELL.COM**

# eTicket Receipt

**Prepared For**
BURT/RICHARD REEVES

| | |
|---|---|
| RESERVATION CODE | MPSXYV |
| ISSUE DATE | 03Aug16 |
| TICKET NUMBER | 1257850193305 |
| INVOICE NUMBER | 2000261 |
| ISSUING AIRLINE | BRITISH AIRWAYS |
| ISSUING AGENT | THE TZELL TRAVEL GROUP/ANP |
| ISSUING AGENT LOCATION | NEW YORK NY |
| IATA NUMBER | 33904194 |
| CUSTOMER NUMBER | 1NP1006665 |
| FREQUENT FLYER NUMBER | BA88731871 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 07Aug16 - 08Aug16 | BRITISH AIRWAYS BA216 | WASHINGTON DULLES, DC<br><br>Time<br>6:30pm | LONDON HEATHROW, UNITED KINGDOM<br><br>Time<br>6:50am<br>Terminal<br>TERMINAL 5 | Airline Reservation Code ZKYSV6<br>Class CLUB   EXCL   WITHIN   UK<br>Seat Number  CHECK-IN REQUIRED<br>Baggage Allowance  2PC<br>Booking Status   CONFIRMED<br>Fare Basis  DNN0Y3C3<br>Not Valid Before  07AUG<br>Not Valid After  07AUG |
| 09Aug16 | BRITISH AIRWAYS BA293 | LONDON HEATHROW, UNITED KINGDOM<br><br>Time<br>5:20pm<br>Terminal<br>TERMINAL 5 | WASHINGTON DULLES, DC<br><br>Time<br>8:25pm | Airline Reservation Code ZKYSV6<br>Class CLUB   EXCL   WITHIN   UK<br>Seat Number  13B<br>Baggage Allowance  2PC<br>Booking Status   CONFIRMED<br>Fare Basis  DNN0Y3C3<br>Not Valid Before  09AUG<br>Not Valid After  09AUG |

## Allowances

Baggage Allowance

IAD to LHR - 2 Pieces BRITISH AIRWAYS , each piece up to 70 pounds/32 kilograms and up to 81 linear inches/208 linear centimeters

LHR to IAD - 2 Pieces BRITISH AIRWAYS , each piece up to 70 pounds/32 kilograms and up to 81 linear inches/208 linear centimeters

ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY DEPENDING ON FLYER-SPECIFIC FACTORS

/E.G. FREQUENT FLYER STATUS/MILITARY/ CREDIT CARDFORM OF PAYMENT/EARLY PURCHASE OVER

INTERNET,ETC

Carry On Allowances

IAD to LHR , LHR to IAD - 1 Piece (BA - BRITISH AIRWAYS)

1 Piece up to 34 linear inches/85 linear centimeters

1 Piece up to 50 pounds/23 kilograms and up to 50 pounds/127 linearcentimeters

Carry On Charges

IAD to LHR , LHR to IAD - (BA - BRITISH AIRWAYS) - Carry-on fees unknown - contact carrier

Embargoes - Apply To Each Passenger

IAD to LHR , LHR to IAD - (BA - BRITISH AIRWAYS)

pet in hold not permitted

pet in cabin not permitted

sporting equipment/javelin not permitted

sporting equipment/pole vault equipment not permitted

sporting equipment/canoe/kayak not permitted

sporting equipment/hang gliding equipment not permitted

sporting equipment/windsurf equipment not permitted

## Payment/Fare Details

| | |
|---|---|
| **Form of Payment** | **CREDIT CARD - VISA : XXXXXXXXXXXX 2225** |
| Endorsement / Restrictions | USD10900.00 NONREFUNDABLE/NONREF AFTER DEPARTURE/RESTRICTION |
| Fare Calculation Line | WAS BA LON5450.00BA WAS5450.00NUC10900.00END ROE1.00 XFIAD4.5 A/C3543.00 1.40GB 0.30UB |
| **Exchanged Ticket** | **1257849211834** |
| **Fare** | **USD 10900.00** |
| **Additional fare** | **USD 3543.00** |
| **Taxes/Fees/Carrier-Imposed Charges** | **USD 828.00 YQ (INSURANCE / FUEL CHARGES)** |
| | **USD 35.60 US (US DOMESTIC TRANSPORTATION TAX)** |
| | **USD 274.56 XT (COMBINED TAXES/FEES/CARRIER-IMPOSED CHARGES)** |
| **Total Fare** | **USD 12038.16** |
| **Total Additional Collection** | **USD 3544.70** |

**Positive identification required for airport check in**

**Notice:**

THE CARRIAGE OF CERTAIN HAZARDOUS MATERIALS, LIKE AEROSOLS, FIREWORKS, AND FLAMMABLE LIQUIDS, ABOARD THE AIRCRAFT IS FORBIDDEN. IF YOU DO NOT UNDERSTAND THESE RESTRICTIONS, FURTHER INFORMATION MAY BE OBTAINED FROM YOUR AIRLINE.

# The Westbury



Mr.
Richard Reeves Burt
900 Seventeenth St
Suite 800
20006 WASHINGTON D.C.
United States of America

| Arrival Date: | 07/08/16 |
| Departure Date: | 09/08/16 |
| Confirmation No.: | 294507341 |

Invoice No. 700025/Page: 1

**Richard Reeves Burt**
**Room Number: 322**

| Date | Description | Unitprice | Total Charge |
|------|-------------|-----------|--------------|
| 07/08/16 | Accommodation 07/08/16/#322 | 346.80 | 346.80 |
| 08/08/16 | Accommodation 08/08/16/#322 | 346.80 | 346.80 |
| 08/08/16 | Polo Bar Beverage 312654, | 31.25 | 31.25 |
| 08/08/16 | Polo Bar Service Charge 312654, | 3.91 | 3.91 |
| 09/08/16 | Polo Bar Food 312689, | 5.50 | 5.50 |
| 09/08/16 | Polo Bar Service Charge 312689, | 0.69 | 0.69 |
| 09/08/16 | Visa 4388 5760 9264 2225 | -734.95 | 0.00 |

| | | |
|---|---|---|
| **Total:** | | **734.95** |
| Payment: | | -734.95 |
| Total due: | | 0.00 |

| Vat Code % | Total Ex Tax | TAX | Gross |
|------------|--------------|-----|-------|
| 20.00 % % | 608.63 | 121.72 | 730.35 |
| % | | | |
| 0.00 % % | 4.60 | 0.00 | 4.60 |

Guest Signature:_____

$988.25

5% Discretionary Service Charge may be added to your accommodation

Sales ledger account payment due 30 days from the date of the invoice

The Westbury
Bond Street
Mayfair, London
W1S 2YF
VAT number 782388684

Telephone   +44 (0)20 7629 7755
Facsimile   +44 (0)20 7000 1360
www.westburymayfair.com
enquiries@westburymayfair.com
Company registration number 4284249

## Chelsea Private Hire

Tel : 020 73854444
customer Care : 020 73815900
TXT-MSG Booking 07985521558

**ACCOUNT DOCKET / CASH RECEIPT**

| DATE | TIME | DRIVER NUMBER |
|------|------|---------------|
| 9 | 6 4 | 4 |

**CUSTOMER / ACCOUNT NAME**

+ Retur

| PASSENGER ☑ | PARCEL ☐ | ESTATE ☐ | VIP ☐ | 6-SEATER ☐ |

**PICK UP**

SW3

**DESTINATION**

LHR T5 × 2

CAR PARK: £...........
WAITING TIME:............................. CUSTOMER NAME:
STOPS:...........
MILES:............
TOTAL CHARGE:........ DRIVER / CUSTOMER SIGNATURE
THIS IS NOT A VAT RECEIPT

**IMPORTANT CUSTOMER NOTICE**
PLESE CHECK THAT ALL DETAILS ARE CORRECT BEFORE SIGNING DO NOT SIGN BLANK DOCKET

$136.68



## LONDON
## AUGST 7-9, 2016

Sunday, August 7

06:30 pm    Departure  BA 216
            First, seat 3K

            Gretchen
            is +447824662661

Monday, August 8

06:50 am    Arrival Heathrow, Terminal 5

            Check in: Hotel Westbury, Mayfair

            Confirmation 294507341



04:00 pm    Gretchen meeting followed by dinner. Venue TBD on Monday.

Tuesday, August 9

Morning     Bernard O'Sullivan,
            Olswang London, 90 High Holborn



*90 High Holborn*

05:20 pm    Departure BA 293
            Business seat 13B

08:25 pm    Arrival IAD



**From:** Liebeth Turbati <lturbati@maglobal.com>
**Date:** Friday, July 29, 2016 at 16:51
**To:** Gretchen King <gk@vantageintel.com>
**Subject:** FW: Travel Reservation to LONDON HEATHROW, UNITED KINGDOM on August 04 for RICHARD REEVES BURT

Hi Gretchen,

Here is Rick Burt's flight information and einvoice . But as mentioned before we could do invoice after the meetings.

Thanks

Liebeth

**ZURICH, WARSAW, LONDON, FRANKFURT**
**JULY 17 – 25, 2016**

### Sunday, July 17

06:10 pm       Departure United 0052
                First, seat 2K



### Monday, July 18

08:05 am       Arrival Zurich

                Check in:
                Zurich Marriott Hotel (early check in requested)
                Confirmation  91330664



### Tuesday, July 19

11:00 am       Departure LOT 0412
                Business seat 4 A

12:55 pm       Arrival Warsaw

                Check in:
                Warsaw Marriott Hotel
                Al. Jerozolimskie 6579
                Phone #: 48-22-6306306
                Confirmation 91144578





## Wednesday, July 20



## Thursday, July 21

07:30 am        Departure LOT 0281 (with Don and Mike)
                Business seat 2D

09:25 am        Arrival Heathrow Terminal 2

## Friday, July 22

05:00 pm        Drinks with Gretchen at the Westbury Hotel

**Saturday, July 23**

04:30 pm        Departure LH 0911 from Terminal 2
                Business seat 3 C

07:05 pm        Arrival Frankfurt

                Car service to hotel

                Check in Hotel Hessischer Hof

**Sunday, July 24, 2016**

09:00 am        Advisory Committee – at Hessischer Hof

11:00 am        Activities and dinner

**Monday. July 25**

08:30 am -      Board Meeting
                Lufthansa office

                Car service to airport

05:10 pm        Departure United 0933
                First , seat 1A

08:00 pm        Arrival IAD

# BURT & ASSOCIATES

**900 17TH Street N.W.**
**Suite 800**
**Washington, D.C. 20006**

## INVOICE

| Date | Invoice No. |
|------|-------------|
| **08/10/2016** | **1009** |

| BILL TO |
|---------|
| **Attn: Gretchen King** |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| **Richard Burt participation in meetings in London, August 8 -9, 2016** | |
| **Business class airfare** | $ 12038.16 |
| **Hotel Westbury** | $ 988.25 |
| **Car service – Heathrow – hotel and return.** | $ 136.68 |
| | **TOTAL   USD   $ 13,163.09** |

**Please remit payment to:**
Richard Burt / Burt & Associates
900 17th Street, N.W. -  Suite 800
Washington, D.C. 20006

0031

# BURT & ASSOCIATES

**900 17TH Street N.W.**
**Suite 800**
**Washington, D.C. 20006**

## INVOICE

| Date | Invoice No. |
|------|-------------|
| **09/09/2016** | **1010** |

| BILL TO |
|---------|
| **Attn: Gretchen King** |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Consulting and facilitation services rendered on behalf of KazMunaiGas for two months: October 1 – December 1, 2016 | $ 50,000.00 |
| | **TOTAL   USD    $ 50,000.00** |

**Please remit payment to:**
Richard Burt / Burt & Associates
900 17th Street, N.W. -  Suite 800
Washington, D.C. 20006

0032

## NON-DISCLOSURE AGREEMENT

This Non-Disclosure Agreement is entered into as of this ⟨08⟩ day of August, 2016 ("**Effective Date**"), by and between Vantage Intelligence Ltd., a British Virgin Islands corporation ("**Disclosing Party**"), and Richard Burt, an individual currently residing in Washington, D.C. ("**Receiving Party**").

In consideration of the mutual promises and covenants contained in this Agreement, the parties hereto agree as follows:

1.      "**Confidential Information**" means any proprietary information that is disclosed by Disclosing Party to Receiving Party which relates to Disclosing Party's business, operations, transactions, or client matters (including without limitation, client data).

2.      **Nondisclosure Obligations**.  Receiving Party and his agents who are granted access to Confidential Information in accordance with this Agreement shall hold Disclosing Party's Confidential Information in strictest confidence at all times following the date of disclosure by Disclosing Party to Receiving Party.  Without limiting the foregoing or anything else contained in this Agreement, Receiving Party agrees that neither he nor his agents shall disclose, directly or indirectly, any Confidential Information to DP Holdings, LLC or any of its affiliates.  Receiving Party agrees not to use any Confidential Information for any purpose other than for assisting Disclosing Party in negotiating and consummating a transaction on behalf of Disclosing Party's ultimate client.  Solely for the foregoing limited purpose, Receiving Party is permitted to disclose Confidential Information to his employees and consultants (each, a "**Permitted Agent**"), provided that as a condition precedent to such disclosure each Permitted Agent has evidenced in writing that he has read the terms of this Agreement and agrees to be bound by the terms hereof, with a copy of that writing provided to Disclosing Party in advance of disclosure to the Permitted Agent.  Notwithstanding the existing of any separate agreement between Disclosing Party and a Permitted Agent, Receiving Party shall at all times continue to be liable for any misuse, misappropriation or unauthorized disclosure of Confidential Information by a Permitted Agent.

Receiving Party agrees to take all reasonable measures to protect the Confidential Information of Disclosing Party from falling into the public domain or the possession of any other person or entity, which measures shall include the highest degree of care that such party utilizes to protect its own information of a similar nature, but in no event less than a reasonable degree of care.  Receiving Party further agrees to notify Disclosing Party in writing, as soon as practicable but in no event later than forty-eight hours after any actual or suspected misuse, misappropriation or unauthorized disclosure of Confidential Information which may come to Receiving Party's attention.

3.      **General Provisions**.

(a)      **Ownership of Confidential Information**.   All Confidential Information of Disclosing Party is and shall remain the property of Disclosing Party.  Nothing contained in this Agreement shall be construed as granting or conferring any rights by license or otherwise, either express, implied or by estoppel, to any Confidential Information of Disclosing Party.

(b)      **No Warranties.    All Confidential Information furnished under this Agreement is provided by Disclosing Party "AS IS, WITH ALL FAULTS." Disclosing Party makes no warranties, express or implied, regarding the accuracy, completeness, performance, merchantability, fitness for use, non-infringement or other attributes of its Confidential Information**.

(c)      **Return of Confidential Information**.  Provided that neither Receiving Party nor any Permitted Agent is in breach of this Agreement or any other agreement between such party and

Disclosing Party covering Confidential Information, Receiving Party and may retain Confidential Information for a period of 90 days. At any time thereafter, immediately upon request by Disclosing Party, Receiving Party and all Permitted Agents shall, prior to the expiration of its confidentiality obligation hereunder, return to Disclosing Party all copies or extracts of Disclosing Party's Confidential Information, in any medium; Receiving Party shall also make best efforts to obtain for Disclosing Party all copies or extracts of Confidential Information that were the subject of actual or suspected unauthorized disclosure.

(d)     **Assignment**.   Receiving Party may not assign or transfer this Agreement or any of its rights hereunder or delegate any of its obligations hereunder (whether by operation of law or in any other manner) without the prior written consent of Disclosing Party, which consent may be withheld at Disclosing Party's sole discretion. Subject to the foregoing, this Agreement shall inure to the benefit of and be binding upon the parties, their permitted successors and permitted assigns.

(e)     **Scope of this Agreement**. Nothing contained in this Agreement shall be construed to require Disclosing Party to disclose or Receiving Party to receive Confidential Information.

(f)     **No Relationship**.  Nothing in this Agreement or in the activities contemplated by the parties hereunder shall be deemed to create an agency, partnership, employment or joint venture relationship between the parties.  Each party shall be deemed to be acting solely on its own behalf and has no authority to incur obligations or perform any acts or make any statements on behalf of the other party. Neither party shall represent to any person or permit any person to act upon the belief that it has any such authority from the other party.

(g)     **Notices**.  Any notice under this Agreement shall be in writing and shall be effective only if it is delivered by hand, overnight courier service, or mailed, certified or registered mail, postage prepaid, return receipt requested, addressed to the appropriate party at the following address set forth on the signature page of this Agreement.  Any such notice shall be effective only upon actual receipt by the party to be notified. Notices to the Disclosing Party shall be delivered to Paul Rauser, c/o Aegis Law Group LLP, 801 Pennsylvania Avenue, NY, Suite 740, Washington, DC 20004 and to the Receiving Party at 900 Seventeenth Street, NW, Suite 800, Washington, DC 20006.

(h)     **Governing Law and Venue**.  This Agreement shall be construed and governed by the laws of the District of Columbia, without giving effect to its conflicts of law principles.  The parties hereby submit to the personal jurisdiction of, and agree that any legal proceeding with respect to or arising under this Agreement shall be brought solely in, the state courts of the District of Columbia or the United States District Court for the District of Columbia, if such court has subject matter jurisdiction.

(i)     **Equitable Relief**.  Each party acknowledges and agrees that due to the unique nature of Disclosing Party's Confidential Information, there can be no adequate remedy at law for any breach of its obligations hereunder, that any such breach may allow Receiving Party or third parties to unfairly compete with Disclosing Party resulting in irreparable harm to Disclosing Party and, therefore, that upon any such breach or any threat thereof, Disclosing Party shall be entitled to appropriate equitable relief in addition to whatever remedies it might have at law.  Receiving Party will notify Disclosing Party in writing immediately upon the occurrence of any such unauthorized release or other breach of which it is aware.

(j)     **Prevailing Party's Fees**.  If any legal action or proceeding is commenced in connection with any dispute arising under, relating to or otherwise concerning this Agreement, the prevailing party, as determined by the court, shall be entitled to recover its attorneys' and experts' fees and all costs and necessary disbursements actually incurred in connection with such action or proceeding.

(k)     **Severability**.  If any provision of this Agreement shall be held by a court of competent jurisdiction to be illegal, invalid or unenforceable, the remaining provisions shall remain in full force and effect.

(l)     **Entire Agreement**.  This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes any prior understanding and agreements between and among them respecting the subject matter hereof.  It shall not be modified except by a written agreement signed by both parties.

(m)     **Waivers**.  No delay, failure or waiver of either party's exercise or partial exercise of any right or remedy under this Agreement shall operate to limit, impair, preclude, cancel, waive or otherwise affect such right or remedy.  No waiver of any provision of this Agreement shall constitute a waiver of any other provision(s) or of the same provision on another occasion.

(n)     **Counterparts**.  More than one counterpart of this Agreement may be executed by the parties hereto, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives effective as of the Effective Date.

**VANTAGE INTELLIGENCE LTD.**                    **RICHARD BURT**

_____                         _____
Gretchen R. King                                Richard Burt
For Vantage Intelligence Ltd.

████████

**Full Name:** Azamat Zhangulov
**Last Name:** Azamat Zhangulov
**Company:** Rompetrol

**Business Address:** Astana
United States of America

**Mobile:** +77019996408

**Email:** Azamat.Zhangulov@rompetrol.com
**Email Display As:** Azamat Zhangulov (Azamat.Zhangulov@rompetrol.com)

0036

**Full Name:**          Melanie CHen
**Last Name:**          CHen
**First Name:**         Melanie

**Mobile:**             +44 (7768) 925850

**Email:**              mac242403@gmail.com
**Email Display As:**   Melanie CHen (mac242403@gmail.com)

0037