**EXHIBIT 6**

**Subject:** Re: [Caution: External Mail] Chen Subpoenas
**Date:** Friday, June 12, 2020 at 12:54:42 PM Eastern Daylight Time
**From:** Leslie Kiernan
**To:** Jack de Kluiver
**CC:** Paul Rauser

Jack,

Below are the responses to the questions you raised in your email below of June 10, 2020.

- I have confirmed that the redaction on 0003 is not related to this matter.

- With respect to itineraries for Ambassador Burt's trip to Astana, I have confirmed that the redaction on 0012 for November 2 is not related to this matter. I have similarly confirmed that the remaining redaction on 0012 for November 3 and the redaction for November 4 on 0013 are not related to this matter.

- With respect to Ambassador Burt's trip to Bucharest on November 5-7, I have confirmed that none of the redacted entries relate to this matter.

- With respect to the documents that have been withheld pursuant to the NDA,

    o The email identified in paragraph 2 of my email to you of June 9, 2020 as withheld item (2) is not any of the emails (i.e. November 2, 20 or 30) you reference.

    o The documents referenced in paragraph 2 of my email to you of June 9, 2020 as withheld items (1) and (3) were located in a hard copy file. There is no email attached to either document, and we do not know whether either could be the memoranda referenced in the November 2, 2016 email. Neither withheld document bears the title "Talking Points" or "Investigative Findings to Support Settlement."

Regards,

Leslie


Leslie B. Kiernan
Partner
Kiernan PLLC
1717 K Street, NW
Suite 900
Washington, DC 20006
202-787-5695
lkiernan@kiernanfirm.com


This e-mail is from the Kiernan PLLC, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately,