# EXHIBIT A



**PCB**

L I T I G A T I O N

S O L I C I T O R S

4TH FLOOR, 90 CHANCERY LANE, LONDON WC2A 1EU
TEL: +44 (0) 20 7831 2691   FAX: +44 (0) 20 7404 9435
DX: 0038 LDE  E-MAIL: enquiries@pcblitigation.com

The Admiralty & Commercial Registry
7 Rolls Building                                                          nr@pcblitigation.com
Fetter Lane                                                              Our Ref: NR/K84-1
London
EC4A 1NL                                                        Your Ref: DJD.DCB.C1465/0001

24 June 2020

For the attention of the Clerk to Mr Justice Foxton

**By CE-File and Email**

Dear Sirs,

**KMG International NV v (1) Melanie Anne Chen and (2) Chipper Management Limited – Claim No. CL-2017-000753 ("the Proceedings")**

As the Court will be aware, we act for the Claimant in the Proceedings. The content of this letter however has been agreed with the Defendants' solicitors, Fox Williams LLP.

The parties have entered into a settlement agreement today, the terms of which are confidential. The settlement agreement provides for certain matters to occur over a period of time, which, once completed, will lead to the disposal of the action.  However, the period within which those matters are to occur extends beyond the start of the trial presently listed to begin on 6 July 2020 and accordingly it has been agreed that in order to facilitate the achievement of settlement the parties shall write to the court requesting that the trial be vacated and the action stayed.

Accordingly, enclosed with this letter is a draft of an order that the parties' solicitors jointly invite the court to make and by consent which vacates the trial and stays the proceedings until 1 September 2020.

The stay until 1 September 2020 should allow the parties sufficient time to implement and complete the terms of the settlement agreement to enable the final disposal of the Proceedings.

In the event that the Proceedings are not finally disposed of by 1 September 2020, the parties have agreed terms within the draft Order for the re-fixing of the trial.

The parties respectfully invite the Court to approve the terms of the enclosed draft Order.

Yours faithfully

PCB Litigation LLP is a limited liability partnership registered in England & Wales (Registered No. OC 322793) and is authorised and regulated by the Solicitors Regulation Authority.

A list of the members of the LLP is available at our registered office at the above address, together with a list of those non-members who are designated as partners.

We do not accept service of proceedings by email or fax.

1251610 v.2

**PCB Litigation LLP**

**Cc Fox Williams**