# EXHIBIT B

IN THE HIGH COURT OF JUSTICE

BUSINESS AND PROPERTY COURTS

OF ENGLAND AND WALES

COMMERCIAL COURT (QBD)

Claim No. CL-2017-000753

CL-2017-000753

**BEFORE:** Mr Justice Foxton

**Date:** 24 June 2020

**BETWEEN:**

**KMG INTERNATIONAL NV**
(a company incorporated under the laws of the Netherlands)

**Claimant**

-and-

**(1) MELANIE ANNE CHEN**
**(2) CHIPPER MANAGEMENT LIMITED**
(a company incorporated under the laws of the British Virgin Islands)

**Defendants**

_____

**ORDER**

_____

**UPON** the Claimant and the Defendants requesting by letter from their solicitors dated 24 June 2020 that the trial listed for 6 July 2020 be vacated

**AND UPON** the Claimant and the Defendants having agreed to the terms of the other provisions of this Order

1

**IT IS ORDERED THAT:**

1. The trial fixed to commence from 6 July 2020 to 28 July 2020 be vacated and taken out of the list.

**AND BY CONSENT IT IS ORDERED THAT:**

2. The Proceedings be stayed until 1 September 2020.
3. If the Proceedings are to continue after 1 September 2020 the parties are to attend the Commercial Court Listing Office to fix the date for trial with a time estimate of 3 to 4 weeks.
4. The parties be at liberty to apply on three clear days' notice.
5. Costs in the case.

Dated:    24 June 2020