# EXHIBIT C

From: Leslie Kiernan <lkiernan@kiernanfirm.com>
Date: Thursday, June 25, 2020 at 9:25 PM
To: Jack de Kluiver <JackdeKluiver@bakerdekluiver.com>
Cc: Paul Rauser <prauser@aegislawgroup.com>
Subject: Re: [Caution: External Mail] Re: The Three Documents

Jack:

In a letter dated June 24, 2020 (copy attached), the parties told the UK court that the parties "have entered into a settlement agreement today." In reliance on that statement, the UK court vacated the trial and stayed the proceedings (order attached). In your email tonight, you said the "case definitely has NOT settled." With all due respect, we will rely on the representations made to the UK court and to that court's action in reliance on the parties' representation, and we are not planning to attend the deposition. Neither the federal rules nor Section 1782 require a nonparty to spend time and money for a deposition for a case that has settled. If your parties "unsettle" their announced settlement, we can revisit at that time whether Ambassador Burt should be deposed.

Please consider this my Rule 45 objection to the previously noticed deposition in light of the changed circumstances and the settlement of the underlying action. Going forward with the deposition is unreasonable and subjects Ambassador Burt to undue burden and unnecessary expense.

Please advise no later than tomorrow morning whether you oppose our motion to quash the subpoena and associated request for an appropriate sanction under Rule 45(d)(1).

Leslie


From: Jack de Kluiver <JackdeKluiver@bakerdekluiver.com>
Date: Thursday, June 25, 2020 at 8:06 PM
To: Leslie Kiernan <lkiernan@kiernanfirm.com>
Cc: "Paul C. Rauser" <prauser@aegislawgroup.com>
Subject: Re: [Caution: External Mail] Re: The Three Documents

Leslie,

   Rumors of one's death can be greatly exaggerated. The case definitely has NOT settled. The trial has been merely postponed by the Trial Judge until early September so parties can discuss a possible settlement. Maybe claimant KMG is hoping for a settlement, I would if I were them, but I cannot speculate. Look forward to getting the documents soon. Thanks.

Jack de Kluiver

https://www.bakerdekluiver.com

PLEASE NOTE: This e-mail, including all attachments, may constitute property of Baker de Kluiver PLLC, and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the  e-mail immediately.

From: Leslie Kiernan <lkiernan@kiernanfirm.com>
Date: Thursday, June 25, 2020 at 6:10 PM
To: Jack de Kluiver <JackdeKluiver@bakerdekluiver.com>
Cc: "Paul C. Rauser" <prauser@aegislawgroup.com>
Subject: [Caution: External Mail] Re: The Three Documents

Jack,

I assumed you knew that the UK case settled yesterday.  I've already advised Ambassador Burt that in light of that, there is no deposition.  I will forward the three documents under separate cover.

Leslie

From: Jack de Kluiver <JackdeKluiver@bakerdekluiver.com>
Date: June 25, 2020 at 5:23:43 PM EDT
To: Leslie Kiernan <lkiernan@kiernanfirm.com>
Cc: "Paul C. Rauser" <prauser@aegislawgroup.com>
Subject: The Three Documents

Leslie,

        The Court signed and filed the protective order today at 11:54 and Mr. Rauser gave you the green light to turn over the documents at 12:54.  It is well past 5 and yet we have nothing.  My client called me today at 15:30 and she is anxious to get copies.  The sooner we get this the better we can predict how long the deposition might take and which exhibits we might need.

We would like these documents today or, at the latest, by noon tomorrow.  I am happy to place the Confidential stamps on each page produced using Adobe Acrobat and provide them for your, Ambassador Burt's  and Mr. Rauser's review, if that helps. If you cannot meet the deadline, let me know and fully explain why and when we will get those documents.

Respectfully,

Jack de Kluiver
Managing Partner

signature_90513947

Baker de Kluiver PLLC
1101 New York Avenue, NW
Suite 1000
Washington, DC 20005

+1 202-873-4008

https://www.bakerdekluiver.com

PLEASE NOTE: This e-mail, including all attachments, may constitute property of Baker de Kluiver PLLC, and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the  e-mail immediately.