UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Application of Melanie Anne )
Chen Pursuant to Title 28, United States )   Misc. Action No. 20-21 (RC)
Code Section 1782 )

## STIPULATED ORDER

WHEREAS on May 1, 2020, this Court entered an order pursuant to 28 U.S.C. § 1782(a) appointing Addy J. "Jack" de Kluvier, of Baker de Kluvier PLLC, Washington, D.C. ("Commissioner"), a commissioner to obtain certain discovery of McLarty Associates and Richard R. Burt in connection with the case *KMG International, NV v (1) Melanie Anne Chen and (2) Chipper Management Limited*, Claim No. CL-2017-000753 (the "UK litigation") then pending in the High Court of Justice, Business and Property Courts of England and Wales and scheduled for trial July 6, 2020;

WHEREAS on June 12, 2020, a subpoena was issued by the Commissioner for the deposition of Richard R. Burt, which was scheduled to take place on July 1, 2020;

WHEREAS on June 24, 2020, the parties to the UK litigation notified the Court in the UK that they had entered into a settlement agreement (ECF No. 16 Exh. 1);

WHEREAS on June 24, 2020 the Court in the UK entered an order vacating the trial date and staying all proceedings until September 1, 2020 to allow the parties to complete and implement the terms of the settlement agreement (ECF No. 16 Exh. 2);

WHEREAS on June 26, 2020, Richard R. Burt filed a motion to quash the above-referenced subpoena, or in the alternative for a protective order (ECF No. 16), and for appropriate sanctions (ECF No. 17);

WHEREAS on June 26, 2020, this Court entered an order staying the deposition of Richard R. Burt pending briefing on the motions;

WHEREAS the Commissioner and Mr. Burt and McLarty Associates have stipulated and agreed to the following:

IT IS HEREBY ORDERED THAT:

1. This matter is STAYED pending further Order of this Court.

2. The subpoena issued June 12, 2020 for the deposition of Richard R. Burt is hereby quashed.

3. The Commissioner may obtain no further discovery pursuant to this Court's May 1, 2020 pending further order of this Court.

4. The Commissioner shall promptly notify this Court and counsel for Mr. Burt and McLarty Associates if the UK Court enters any order in the above-referenced UK litigation that (a) dismisses the matter; (b) extends the stay entered June 24, 2020; or (c) resets the case for trial.

5. Upon entry of this Stipulated Order, Burt's Motion to Quash or in the Alternative for a Protective Order and Motion for Sanctions will be dismissed.

SO ORDERED.

Hon. Rudolph Contreras, United States District Judge

_/s/_

Melanie Anne Chen
Addy J. "Jack" de Kluiver
Baker de Kluiver PLLC
DC Bar #1046349
1101 New York Avenue NW, Suite 1000
Washington, D.C., 20005
jackdekluiver@bakerdekluiver.com
(202) 873-4008

_/s/_

Richard R. Burt and McLarty Associates
Leslie B. Kiernan (DC Bar No. 412000)
KIERNAN PLLC
1717 K Street, N.W.
Suite 900
Washington, DC 20006
(202) 202-787-5695

3