UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Application of Melanie Anne Chen Pursuant to Title 28, United Code Section, Section 1782 | : : : : : | Misc. Action No. 20-21 (RC) |

**MOTION TO DISMISS**

    Now into court, through undersigned counsel, comes Melanie Anne Chen (hereinafter "Ms. Chen" or "Applicant") and files this Motion to Dismiss.  On March 19, 2020 Applicant, pursuant to Title 28, United States Code, Section 1782 filed an *Ex Parte* Application asking this Honorable Court to issue an Order permitting Ms. Chen to collect evidence for potential use before a foreign tribunal in the United Kingdom (U.K.). On May 1, 2020 this Court entered an Order granting the Application and appointed undersigned counsel as Commissioner. Doc. No. 6. Between May 1, and June 23 Applicant engaged in discovery of evidence located in this District. On June 23, 2020 the U.K. proceedings were stayed as the parties in those proceedings had entered into a conditional settlement agreement

    On July 24, 2020 the U.K. Court issued an order releasing a world-wide restraining order against Ms. Chen's assets and disposing of the U.K. litigation between Applicant and others. *See* Exhibit 1. Counsel for Applicant recently a copy of that Order and files this Motion to Dismiss. Considering the dismissal of the U.K. litigation Applicant no longer requires additional evidence located within this District for use in the U.K. proceedings.  Therefore, Applicant seeks a dismissal of this Title 28, United States Code, Section 1782 miscellaneous matter. Counsel for the parties that Applicant wished to obtain further evidence for use in the U.K. proceedings has raised no objection to this filing.

Dated: October 7, 2020.

                                    Respectfully submitted,

**BAKER DE KLUIVER PLLC**

_____/S/_____
Addy J. "Jack" de Kluiver
DC Bar #1046349
1101 New York Avenue NW, Suite 1000
Washington, D.C., 20005
jackdekluiver@bakerdekluiver.com
(202) 873-4008

*ATTORNEY FOR APPLICANT*

2