

**IN THE HIGH COURT OF JUSTICE**     **Claim No. CL-2017-000753**

**BUSINESS AND PROPERTY COURTS**

**OF ENGLAND AND WALES**

CL-2017-000753

**COMMERCIAL COURT (QBD)**

**BEFORE:** Mrs Justice Cockerill DBE

Date:   23 July 2020

B E T W E E N:

**KMG INTERNATIONAL NV**
**(a company incorporated under the laws of the Netherlands)**

**Claimant**

-and-

**(1) MELANIE ANNE CHEN**
**(2) CHIPPER MANAGEMENT LIMITED**
**(a company incorporated under the laws of the British Virgin Islands)**

**Defendants**

_____

**CONSENT ORDER**

_____

**UPON** the Claimant and the Defendants having agreed to the terms of this Order

**AND UPON** the parties having agreed to discharge the Worldwide Freezing Order of Mrs Justice Moulder dated 9 May 2018 (the **WFO**)

1

**AND UPON** the parties having agreed to vary the terms of the Confidentiality Order of Mr Justice Knowles dated 9 June 2019 (the **Confidentiality Order**).

**BY CONSENT IT IS ORDERED THAT:**

1. The proceedings are dismissed.

2. The WFO is discharged.

3. In light of the impact of the Covid 19 Pandemic on working arrangements, the requirement set out in paragraph 7 of the Confidentiality Order to comply within 30 days shall be varied in relation to PCB Litigation LLP, Solicitors for the Claimant, such that PCB Litigation LLP shall have until 11 September 2020 to comply with paragraph 7.

4. No order as to Costs.

Dated:  23 July 2020